OPINION — AG — ** RAW MILK — SALE ** 2 O.S. 400 [2-400] PROHIBITS ESTABLISHMENT, SUCH AS A GROCERY STORE, FROM RE SELLING RAW MILK TO THE CUSTOMERS OF SUCH BUSINESS ESTABLISHMENT; AND THAT ALL MILK RE SOLD BY A BUSINESS ESTABLISHMENT MUST BE PASTEURIZED. (RESTAURANT) CITE: OPINION NO. SEPTEMBER 24, 1953 — MATHEWS, 63 O.S. 295.11 [63-295.11] (PASTEURIZATION) (J. H. JOHNSON)